IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-CV-415

| | |
|---|---|
| BRENDAD GEIGER; CAMILA DAVALOS; CARISSA ROSARIO; CLAUDIA SAMPEDRO; DENISE 'MILANI' TRLICA; DESSIE MITCHESON; JAMIE EDMONDSON LONGORIA; JESSICA BURCIAGA; JESSA HINTON a/k/a JESSICA HINTON; JOHN COLTER; KARA MONACO; LINA POSADA; MARIANA DAVALOS; MONICA LEIGH BURKHARDT; and ROSA ACOSTA, <br><br> Plaintiffs, <br><br> v. <br><br> AMBIS 1 NIGHT CLUB INC., d/b/a AMBIS 1 NIGHT CLUB and RONNIE WOODALL, <br><br> Defendants. | **NOTICE OF APPEARANCE** |

The undersigned counsel, Jake W. Stewart, of the law firm of Cranfill Sumner LLP, hereby respectfully provides notice to the Court and all parties and their counsel that he shall appear as counsel of record in this action on behalf of all Defendants. Please direct copies of all pleadings, notices, calendars, and other documents regarding this matter to Mr. Jake W. Stewart through the CM/ECF electronic filing and service system or first-class mail.

This the 29th day of September, 2022.

/s/ Jake W. Stewart
Russell M. Racine, NC Bar #33593
Jake W. Stewart, NC Bar # 51157
**CRANFILL SUMNER LLP**
2907 Providence Rd., Ste. 200
Charlotte, NC 28211

704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com
jstewart@cshlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system:

JOHN V. GOLASZEWSKI
THE CASAS LAW FIRM, P.C.
1740 Broadway, 15th Floor New York, NY 10019
john@casaslawfirm.com
*Attorneys for Plaintiffs*

MATTHEW R. GAMBALE
OSBORN GAMBALE BECKLEY & BUDD PLLC
721 W. Morgan Street Raleigh, North Carolina 27603
matt@counselcarolina.com
*Local Civil Rule 83.1(d) Attorneys for Plaintiffs*

This the 29th day of September, 2022.

/s/ Jake W. Stewart
Russell M. Racine, NC Bar #33593
Jake W. Stewart, NC Bar # 51157
**CRANFILL SUMNER LLP**
2907 Providence Rd., Ste. 200
Charlotte, NC 28211
704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com
jstewart@cshlaw.com
*Attorneys for Defendants*